■ In the Matter of NIVEK A.S. and Others, Children Alleged to be Neglected. JUANITA S., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [48 NYS3d 662]—

Order of fact-finding, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about January 21, 2015, which, to the extent appealed from as limited by the briefs, determined, after a hearing, that respondent mother had neglected the subject children, unanimously affirmed, without costs.

The finding of neglect is supported by a preponderance of the evidence (see Family Ct Act § 1046 [b] [i]), and the court's credibility determinations are entitled to deference (Matter of Irene O., 38 NY2d 776, 777 [1975]; Matter of Brianna R. [Maribel R.], 115 AD3d 403, 408 [1st Dept 2014]).

The chronic poor hygiene of the children is well documented in the record and demonstrated that the children were at imminent risk of impairment (see Matter of Naqi T. [Marlena S.], 129 AD3d 444, 444-445 [1st Dept 2015]; Matter of Inbunique V., 22 AD3d 412, 413 [1st Dept 2005]). The mother also medically neglected one child's severe eczema, which resulted in a three-day hospitalization (see Matter of Sahairah J. [Rosemarie

*R.]*, 135 AD3d 452, 453 [1st Dept 2016]; *Matter of Khelia B.*, 298 AD2d 132, 132 [1st Dept 2002]). In addition, two of the children had excessive absences from school and were excessively tardy, which detrimentally affected their education and contributed to poor grades (*see Matter of Jonathan M. [Gilda L.]*, 139 AD3d 438, 438-439 [1st Dept 2016]). The mother also prohibited one of the children from attending a school-recommended evaluation (*see Matter of Kiera R. [Kinyetta R.]*, 99 AD3d 565, 565 [1st Dept 2012]). Concur—Sweeny, J.P., Mazzarelli, Moskowitz and Kahn, JJ.